FRANKLIN | SOTO LLP
Joshua D. Franklin (SBN 264536)
josh@franklinsoto.law
Cheryl Dunn Soto (SBN 250892)
cheryl@franklinsoto.law
445 Marine View Avenue, Suite 300
Del Mar, California 92014
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CROSBY ESTATE AT RANCHO SANTA FE MASTER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No: 19-CV-02369-WQH-NLS<br><br>**DECLARATION OF RICHARD SALPIETRA IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities; Statement of Undisputed Material Facts; Appendix of Exhibits]<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B<br>Date: May 4, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

# DECLARATION OF RICHARD SALPIETRA

I, Richard Salpietra, declare and state as follows:

1. I am over eighteen years of age and a member in good standing of the State Bar of California. I have served as counsel for Plaintiff The Crosby Estate at Rancho Santa Fe Master Association ("The Crosby") in connection with a variety of matters over the past several years. This declaration is based upon my personal knowledge, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of The Crosby's Motion for Partial Summary Judgment.

2. Defendant Ironshore Specialty Insurance Company ("Ironshore") issued Policy Number 00208480 – a Not-For-Profit Entity and Directors, Officers Liability Insurance Policy covering Policy Period July 2, 2017 – July 2, 2018 (the "Policy") to The Crosby. The Policy provides for a $1,000,000.00 limit of liability. A true and correct copy of the Policy is attached as **Exhibit 1**.

3. On May 25, 2018, Avaron Community Association ("Avaron") filed a complaint against The Crosby and AMS Paving, Inc. in an action styled *Avaron Community Association v. The Crosby Estate at Rancho Santa Fe Master Association, et al*. and assigned San Diego County Superior Court Case Number 37-2018-00026012-CU-BC-NC (the "Avaron Lawsuit"). A true and correct copy of the original complaint filed in the Avaron Lawsuit is attached as **Exhibit 2**.

4. Avaron also filed an *ex parte* application for an injunction and the matter was initially scheduled for a hearing on June 7, 2018.

5. On June 4, 2018, before the complaint in the Avaron Lawsuit was served on The Crosby, I tendered on The Crosby's behalf a copy of Avaron's complaint to Ironshore via email to its third-party claim administrator, York Pro, Inc. A true and correct copy of my June 4, 2018 email claim tender is attached as **Exhibit 3**.

6. On June 6, 2018, The Crosby was served with Avaron's *ex parte* application seeking a temporary restraining order in connection with the relief sought in the Avaron Lawsuit. At the time The Crosby was served with Avaron's *ex parte* application on June 6, 2018, the matter was scheduled for a hearing on June 7, 2018.

7. Ironshore first responded to The Crosby's tender on July 9, 2018 and notified The Crosby that it had assigned Ashley Grater to handle the Claim. A true and correct copy of Ironshore's correspondence is attached as **Exhibit 4**.

8. On July 9, 2018, I contacted Ms. Grater via email regarding The Crosby's tender of the Avaron Lawsuit. Ms. Grater responded via email on the same day and stated, in part, "Under the Policy, Ironshore does not have a duty to defend and the Insured has a retention." A true and correct copy of Ms. Grater's July 9, 2018 email is attached as **Exhibit 5**.

9. On July 11, 2018, The Crosby executed a Notice and Acknowledgment of Receipt with respect to the Summons and Complaint for the Avaron Lawsuit. A true and correct copy of The Crosby's executed Notice and Acknowledgment of Receipt is attached as **Exhibit 6**.

10. Upon executing the Notice and Acknowledgment of Receipt for the Avaron Lawsuit, The Crosby understood a responsive pleading would be due on August 10, 2018, pursuant to California Code of Civil Procedure Section 412.20.

11. On July 13, 2018, I received correspondence from Ironshore denying coverage of the Avaron Lawsuit. A true and accurate copy of Ironshore's July 13, 2018 correspondence is attached as **Exhibit 7**.

12. On July 16, 2018, I sent correspondence via email to Ms. Grater requesting on behalf of The Crosby that Ironshore reconsider its coverage denial.

13. On July 24, 2018, I received correspondence from Ironshore denying my request for reconsideration and reaffirming its coverage denial. A true and accurate copy of Ironshore's July 24, 2018 correspondence is attached as **Exhibit 8**.

14. On August 20, 2018, I received correspondence from Tracy Lewis on behalf of Ironshore. Ms. Lewis's August 20, 2018 letter stated, in part, that "as a courtesy to Crosby, Liberty hereby agrees to provide a defense to the Lawsuit without prejudice to Liberty's rights under the Policy." A true and accurate copy of Ms. Lewis's August 20, 2018 correspondence is attached as **Exhibit 9**.

15. On September 18, 2018, Avaron filed a first amended complaint in the Avaron Lawsuit. A true and correct copy of Avaron's first amended complaint is attached as **Exhibit 10**.

16. During my communications with Ironshore regarding the Avaron Lawsuit, Ironshore never offered to assign counsel to defend the Avaron Lawsuit.

17. Ironshore did not pay for any defense costs incurred in the Avaron Lawsuit until July 30, 2019, at which time it reimbursed a portion of the defense costs at significantly reduced rates, not the actual amounts paid by The Crosby.

18. In August 2019, The Crosby entered into an agreement to settle the Avaron Lawsuit. Before executing the settlement agreement, The Crosby requested that Ironshore consent to the settlement and contribute toward the settlement payment made to Avaron. Ironshore declined to contribute toward the settlement unless The Crosby executed a release in favor of Ironshore.

19. As of the date of this declaration, Ironshore has not reimbursed all defense costs incurred by The Crosby in defending the Avaron Lawsuit.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration is executed on March 26, 2020, at Rancho Santa Fe, California.

RICHARD SALPIETRA